FILED
2018 Nov-30 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Purple Onion and Deli and Grill, LLC
   c/o Khaled A. Khalidi
   595 Bristol Lane
   Birmingham, AL 36226

9590 9402 4366 8190 9473 88

2. Article Number (Transfer from service label)

   7018 1130 0001 6830 3420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☑ Addressee

B. Received by (Printed Name): Khaled Khalidi
C. Date of Delivery: 11-28-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

2018 NOV 30 A 10 57

18 CV-1910-MHH

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Khaled Khalidi_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) Khaled Khalidi  C. Date of Delivery 11/28/18 |
| 1. Article Addressed to:<br>Kal, Inc.<br>C/O Khaled A. Khalidi<br>2296 Pelham Parkway<br>Pelham, AL 35124 U.S. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2018 NOV 30 A 10:57<br><br>18-CV-1910-MHH |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4366 8190 9473 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7016 0910 0002 3182 5616 | ☐ ...Delivery Restricted Delivery<br>☐ ... Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt