# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALEJANDRO MEDINA SEVILLA,** } } } | |
| **Plaintiff,** } } | |
| } | **Case No.:  2:18-cv-01910-MHH** |
| **v.** } } | |
| **KAL, INC., et al.,** } } | |
| **Defendants.** } | |

## ORDER

Consistent with this Court's order on June 2, 2021, the Court dismisses this action with prejudice.  (Doc. 39). The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this June 2, 2021.

_Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE